# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANDREW MORRIS,

                              Plaintiff,                    20 **CIVIL** 6579 OTW)

                -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 12, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           July 12, 2021

                                                                     **RUBY J. KRAJICK**
                                                                    Clerk of Court
                                           **BY:**
                                                                      Deputy Clerk